KEWYN L. WILLIAMS, )
)
    Plaintiff, )
)
v. ) CASE NO. CV416-043
)
CAROLYN COLVIN, Acting )
Commissioner of the Social )
Security Administration, )
)
    Defendant. )
)

## ORDER

Before the Court is the Magistrate Judge's Report and Recommendation (Doc. 11), to which no objections have been filed. After a careful review of the record, the Report and Recommendation is **ADOPTED** as the Court's opinion in this case. Pursuant to 42 U.S.C. § 405(g), this case is **REMANDED** to the Administrative Law Judge ("ALJ"). On remand, the ALJ is **DIRECTED** to address the effect of the Veteran Administration's disability rating, if any, on Plaintiff's residual functional capacity and the number of available jobs Plaintiff could perform. The Clerk of Court is **DIRECTED** to enter **JUDGMENT** consistent with this order and to close this case.

SO ORDERED this 9th day of November 2016.

WILLIAM T. MOORE, JR.
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA