# United States District Court
## Southern District of Georgia

Kewyn L. Williams

### JUDGMENT IN A CIVIL CASE

v.

CASE NUMBER: 4:16-cv-43-WTM-GRS

Carolyn Colvin

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☑ **Decision by Court.** This action came before the Court. The issues have been considered and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED**

that in accordance with this Court's order dated 11/09/16 adopting the Magistrate Judge's Report and Recommendation, this case is REMANDED to the Administrative Law Judge ("ALJ"). This case stands closed.

11/09/2016
*Date*

Scott L. Poff
*Clerk*

*(By) Deputy Clerk*